```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

SPECIAL SHAPES REFRACTORY    }
CO., INC.,                   }
                             }
     Plaintiff,              }
                             }     CIVIL ACTION NO.
v.                           }
                             }     2:15-cv-547-WMA
TIGER TRANS GROUP, INC., &   }
ROBERT TINO TRUJILLO,        }
                             }
     Defendants.             }
```

**<u>MEMORANDUM OPINION</u>**

Because defendant Tiger Trans Group, Inc. did not file a timely answer or other response to the complaint brought by plaintiff Special Shapes Refractory Co., Inc. in the above-styled case, and was thus in default, the Clerk, on plaintiff's motion, entered default against said defendant on June 8, 2015. Pursuant to Federal Rule of Civil Procedure 55(b) plaintiff has filed a motion for default judgment supported by proof of the amount of plaintiff's damages caused by the confessed conduct of defendant. The court finds plaintiff's proof to be more than sufficient to justify the monetary relief sought, which is arrived at by arithmetic computation upon undisputed documentary evidence. Accordingly, the court finds that plaintiff is entitled to judgment against said defendant in the amount of $69,419.89 plus interest of $1,902.58. A separate final judgment will be entered.

DONE this 29th day of June, 2015.

                                       _____
                                       WILLIAM M. ACKER, JR.
                                       UNITED STATES DISTRICT JUDGE